**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00380-CV

### IN THE INTEREST OF C.M., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-12986**

## ORDER

We **GRANT** appellant's May 8, 2013 motion for an extension of time to file an amended brief.  Appellant shall file her amended brief on or before June 10, 2013.  We caution appellant that no further extension of time will be granted absent extraordinary circumstances.


/s/       DAVID LEWIS
          JUSTICE